Prepared by State Reporter from Appeal Papers

judicial department, entered December 8, 1926, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground of failure to perfect the appeal as required by sections 592 and 593 of the Civil Practice Act.

*Charles Marks* for motion.

*Joseph F. Hanley* and *Alfred W. Andrews* opposed.

Motion denied, with ten dollars costs.

---

In the Matter of the Application of MAURICE B. GLUCK, Appellant, for a Writ of Habeas Corpus.

PLATON ROZDESTVENSKY, Respondent.

*Appeal — failure to file undertaking — failure to obtain permission to appeal — motion to dismiss appeal granted.*

*Matter of Gluck*, 218 App. Div. 726, appeal dismissed.

(Submitted March 28, 1927; decided April 5, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1926, which unanimously affirmed an order of Special Term denying a motion for a writ of habeas corpus and remanding the relator to custody.

The motion was made upon the ground of failure to file an undertaking as required by section 593 of the Civil Practice Act, and upon the further ground that permission to appeal had not been obtained.

*Chas. J. Katzenstein* and *Thomas H. Mahony* for motion.

*Maurice B. Gluck* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.